US POSTAGE
Mailed From 02210
12/02/2004
$00.370

USMS SCREENED

RCL

FORWARD TIME EXP RTN TO SEND
ERICKSON HEIDI
PO BOX 390444
CAMBRIDGE MA 02239-0444

RETURN TO SENDER

The following transaction was received from Lindsay, Reginald entered on 12/1/2004 at 8:45 PM EST and filed on 12/1/2004
Case Name: Erickson
Case Number: 1:04-mc-10346
Filer:
Document Number:

Docket Text:
Judge Reginald C. Lindsay : electronic ORDER entered denying [1] Petition for Leave to File New Case by Heidi Erickson. It does not appear from the complaint or otherwise that the court has jurisdiction of the person of the parties named as defendants in this case. Moreover, there is a significant question as to whether the allegations made in the proposed complaint state a claim upon which relief may be granted. (Lindsay, Reginald)

The following document(s) are associated with this transaction:


1:04-mc-10346 Notice will be electronically mailed to:

1:04-mc-10346 Notice will not be electronically mailed to:

Heidi Erickson
78 Prentiss Street
Watertown, MA 02472