UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

H.K. ERICKSON
Plaintiff

V

CFA, ET AL
Defendants

FILED
IN CLERKS OFFICE
1:04-MBD-10346-RCL

2005 MAR -3 P 12: 03

MOTION FOR CERTIFIED COPY OF FILE,
AND ELECTRONIC FILING

Now comes Plaintiff, H.K. Erickson and relying upon her previously filed Motion and Affidavit to Proceed In Forma Pauperis attests herein that her income, economic status and or address (electronic or otherwise) has not changed since she filed said affidavit on December 1st, 2004.

Plaintiff filed said above captioned matter in good faith, relying on the same from this court, although has been denied access, prejudicially and discriminately so, requests a complete and certified copy of said file and to receive electronic notification verifying this Court's actions and/or inactions.

Plaintiff is known by this court and has received many verified pleadings establishing Plaintiff to be a person suffering from a language based disability effecting communication.

Plaintiff, when filing this said Petition and the accompanied Complaint, filed her address as Box 0444 Cambridge, MA 02238-0444 on the civil action cover sheet – now missing from the said file. In addition, Plaintiff's Petition is complete with the attached discriminatory and prejudicial Order issued by Judge Woodlock in case 04-cv-10629 a case that lists Plaintiff's as a party and her address at Box 0444 Cambridge, MA 02238 a case that has established Plaintiff to be electronically notified since June 2004.

This above captioned matter's file contains a retuned envelope sent through the USPS from this court to an address in Watertown, MA marked RETURN TO SENDER by the USPS including a computer generated yellow forwarding tag inscripted with Forward Expired: BOX 0444 Cambridge, MA 02238 and a note on the Docket that the order issued on 12/1/04 was returned.

Despite these hereinabove indicators as to Plaintiff's addresses electronic or otherwise this court has not reasonably and honestly attempted to notify Plaintiff of the actions taken in this case and that these actions and inactions have prejudiced Plaintiff.

Plaintiff's wishes to establish: proof of all her filings in this court, page by page hard copy and electronic; proof of the above said returned notification and envelope; and all orders and or actions or inactions taken thereby this court by and through obtaining a certified copy of this said file prepared by this court, including a copy certified docket requesting also that this said case be placed on PACER.

Plaintiff attests that she is unable to afford the costs of preparing this request herself without depriving herself of the necessities of living, i.e. food, clothing, shelter and heat.

THEREFORE, Plaintiff's herein request in reason and should be allowed.

Respectively submitted by
Heidi K. Erickson    March 3, 2005

By signature hereinabove I attest the information herein is of my personal knowledge and sworn as true under the pains and penalties of perjury.