UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO 04-

HEIDI K. ERICKSON
*Plaintiff*

VS.

CAT FANCIERS ASSOCIATION (CFA) ET AL
*Defendants*

VERIFIED MOTION FOR CLARIFICATION

04 mc 346

1. Now comes Plaintiff, H.K. Erickson and relying upon Orders issued both without reason on 12/1/04 and in bias, prejudicially denying her access to the same, denying the entry of her meritorious Complaint, where the proper jurisdiction lay for the United States District Court doors in diversity. Therefore, Plaintiff plainly asks this court to clarify its denial of her access to seek justice and file her complaint.

2. Plaintiff filed herewith a Motion to Clarify and relies upon the decency and consciousness of this court to respond and provide a reason for this decision to prevent Plaintiff from the proper access to justice.

Respectfully submitted by:

Heidi K. Erickson, *pro se* March 14th, 2005

*By signature hereinabove I having personal knowledge of the above facts attest that the above paragraphs are true under the pains and penalties of perjury.*