UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO 04-

HEIDI K. ERICKSON
*Plaintiff*

VS.

VERIFIED MOTION TO FOR
LEAVE TO FILE NOTICE OF APPEAL

CAT FANCIERS ASSOCIATION (CFA) ET AL
*Defendants*

04 mc 10346

1. Now comes Plaintiff, H.K. Erickson and relying upon Orders issued both without reason on 12/1/04 and in bias, prejudicially denying her access to the same, denying the entry of her meritorious Complaint, where the proper jurisdiction lay for the United States District Court doors in diversity.

2. After numerous telephone calls, and much patience regarding the notification of the status of her complaint, Plaintiff on March 3rd, 2005 was subsequently notified in person by a clerk who first denied ever docketing this case. Only after much persistence, was Plaintiff given this said reluctant in person notice that to which was never sent electronically or otherwise despite this Court having such address availability to send orders.

3. The fact that this like others recently had never been sent to Plaintiff, despite this Court's recognition of an associated case 03-cv-10629 DPW and its current email and mailing address of Plaintiff.

4. In addition Plaintiff upon filing said Complaint filled out a civil action cover sheet including her address, and never was notified. Upon review of the said file a unanswered and undelivered letter remain in this cases file enclosed with the notice of said denial to enter her meritorious case.

5. Plaintiff attests that if this Court had notified her of its decision she would have Motion to Reconsider, Motion for Clarification and filed a timely Appeal from this undelivered Notice.

6. Plaintiff filed herewith a Motion to Clarify and relies upon the consciousness of the Judge to who will respond to provide a reason for his decision to prevent Plaintiff from the proper access to justice.

Respectfully submitted by: Heidi K. Erickson, *pro se* March 14th, 2005

*By signature hereinabove I having personal knowledge of the above facts attest that the above paragraphs are true under the pains and penalties of perjury.*