UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HEIDI K. ERICKSON
*Plaintiff*

VS.

CAT FANCIERS ASSOCIATION (CFA) ET AL
*Defendants*

CIVIL ACTION NO 04-

NOTICE OF APPEAL

1. Now comes Plaintiff, H.K. Erickson and relying upon Orders of 12/1/04 issued by Judge Lindsey that having never been notified to Plaintiff, she appeal therefrom and requests that this court assemble the entire contents of said filings encompassing the case as above captioned.

2. In addition Plaintiff also relies upon filed herewith Verified Motion For Leave To File Appeal.

Respectfully submitted by: Heidi K. Erickson, *pro se* March 14th, 2005

*By signature hereinabove I having personal knowledge of the above facts attest that the above paragraphs are true under the pains and penalties of perjury.*