MANDATE

04-10346
USDC-MABO
J. Lindsay

# United States Court of Appeals
## For the First Circuit

No. 05-1511

IN RE: HEIDI K. ERICKSON,

Petitioner, Appellant.

Before

Boudin, <u>Chief Judge</u>,
Campbell and Stahl, <u>Senior Circuit Judges</u>.

JUDGMENT

Entered: February 24, 2006

We find no error in the district court order denying plaintiff's request for leave to file a new case. The complaint, liberally construed, fails to state a federal claim for which relief may be granted.

<u>Affirmed</u>.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: _____
    Chief Deputy Clerk.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 3/17/06

[cc: Heidi Erickson]

2006 MAR 17 A 11:08 FILED IN CLERKS OFFICE US COURT OF APPEALS FOR THE FIRST CIRCUIT